# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) **ORDER GRANTING MOTION FOR** |
| | ) **RECONSIDERATION AND SETTING** |
| vs. | ) **CONDITIONS OF RELEASE** |
| Michaela Meredith Howe, | ) |
| | ) Case No. 1:17-cr-144 |
|     Defendant. | ) |

Defendant was ordered detained pending further order of the court following a detention hearing on September 3, 2020. (Doc. No. 143). On September 10, 2020, defendant filed a motion for reconsideration of the court's detention order. (Doc. No. 144). She advises that she has secured placement Center, Inc. in Mandan, North Dakota. She requests to be conditionally, released to Centre, Inc. on September 11, 2020.

There being no objection from the United States, the court **GRANTS** defendant's motion (Doc. No. 144). Defendant shall be released to a representative of Centre, Inc. no earlier than 9:00 a.m. on September 11, 2020. Defendant's release shall be subject to the following conditions:

(1) Defendant remains subject to and shall comply with all of the conditions of supervised release previously imposed by the court.

(2) Defendant shall reside at Centre, Inc., participate in its programs and abide by its rules and regulations. If directed by the Pretrial Services Officer, defendant shall pay a portion of the cost of residing at that Centre, Inc. The supervising Pretrial Services Officer may approve passes from Centre, Inc. for up to eight hours.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2020.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hochhalter, Magistrate Judge
                                                        United States District Court